IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL CRIM, | 1:09-cv-02041-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION FOR COURT APPOINTED STENOGRAPHER OR NOTARY PUBLIC ( Doc. 20.) |
| vs. | |
| MANAGEMENT & TRAINING CORP., et al, | |
| Defendants. | |
| _____/ | |

John Michael Crim ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Agents, 42 U.S. 388 (1971). Plaintiff filed the complaint commencing this action on November 20, 2009.  (Doc. 1.) On September 22, 2010, Plaintiff filed an amended complaint.  (Doc. 28.)

On May 24, 2010, Plaintiff filed a motion for the Court to appoint "a qualified stenographer for the taking of depositions on defendants" and appointment of "the prison notary public to take oaths at said deposition, or in the alternative, appoint the stenographer to take oaths." (Doc. 20.) Plaintiff claims he is unable to make payment for the services needed to take depositions.

The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought

-1-

by Plaintiff in the instant motion. Further, Plaintiff is advised that he may not take depositions in this action until after the Court has issued the Discovery/Scheduling Order commencing discovery.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a court appointed stenographer or notary public is DENIED.

IT IS SO ORDERED.

Dated:   **January 25, 2011**               /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE