IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL CRIM, | 1:09-cv-02041-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DISCLOSURE STATEMENT |
| vs. | |
| MANAGEMENT & TRAINING CORP., et al., | (Doc. 37.) |
| Defendants. | |
| _____/ | |

John Michael Crim ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Agents</u>, 42 U.S. 388 (1971). Plaintiff filed the complaint commencing this action on November 20, 2009. (Doc. 1.) On September 22, 2010, Plaintiff filed an amended complaint. (Doc. 28.) On February 22, 2011, Plaintiff filed a motion for the Court to compel defendants to file a Rule 7.1 Disclosure Statement. (Doc. 37.)

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, "[a] nongovernmental corporate party must file two copies of a disclosure statement that : (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation." Fed. R. Civ. P. 7.1(a). On March 8, 2011, defendants filed a Rule 7.1 Disclosure Statement providing that "Management & Training Corporation has no parent

-1-

1  corporation and no publicly held corporation owns 10% or more of its stock."  (Doc. 39.)
2  Therefore, Plaintiff's motion is moot and shall be denied as such.
3       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the Court to compel
4  defendants to file a Rule 7.1 Disclosure statement is DENIED as moot.

6     IT IS SO ORDERED.
7     Dated:  June 3, 2011              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE