IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL CRIM, | 1:09-cv-02041-AWI-GSA-PC |
| Plaintiff, | ORDER FOR PLAINTIFF TO NOTIFY COURT OF HIS INTENTIONS IN |
| v. | SUBMITTING TWO COMPLAINTS |
| MANAGEMENT & TRAINING CORP., et al., | THIRTY DAY DEADLINE TO FILE RESPONSE |
| Defendants. | |

John Michael Crim ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971). On June 14, 2012, the Court issued an order requiring Plaintiff to file a Third Amended Complaint pursuant to the Court's order of May 25, 2012. (Doc. 64.) On June 18, 2012, Plaintiff submitted a Complaint against defendants Mann and Patrick, which was lodged in the present action. (Doc. 67.) On June 19, 2012, Plaintiff submitted a Third Amended Complaint against defendants Management & Training Corp., Adler, Stewart, and Logan, which was also lodged in the present action. (Doc. 68.)

Plaintiff may not proceed with both complaints in the present action. Plaintiff may have intended the Court to file the Third Amended Complaint in the present action, and to open a new civil rights action with the Complaint. Plaintiff shall be required to clarify his intentions by filing a written response to this order within thirty days.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall file a written response, clarifying his intentions in submitting two complaints, (1) a Third Amended Complaint against defendants Management & Training Corp., Adler, Stewart, and Logan, <u>and</u> (2) a Complaint against defendants Mann and Patrick; and

2. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **June 25, 2012**        /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

2