IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL CRIM, | 1:09-cv-02041-AWI-GSA-PC |
| Plaintiff, | ORDER FOR CLERK TO: |
| v. | (1) FILE AMENDED COMPLAINT LODGED ON JUNE 19, 2012 AS THE THIRD AMENDED COMPLAINT FOR THIS ACTION (Doc. 68.) |
| MANAGEMENT & TRAINING CORP., et al., | |
| Defendants. | (2) OPEN A NEW CIVIL RIGHTS ACTION WITH COMPLAINT LODGED ON JUNE 18, 2012 (Doc. 67.) |

John Michael Crim ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971). On June 25, 2012, the Court issued an order requiring Plaintiff to clarify his intentions in submitting two complaints: (1) a Third Amended Complaint against defendants Management & Training Corp., Adler, Stewart, and Logan on June 19, 2012 (Doc. 68); and (2) a Complaint against defendants Mann and Patrick on June 16, 2012 (Doc. 67).   On June 28, 2012, Plaintiff filed a response to the Court's order, indicating that he intended the Third Amended Complaint to be filed in the present action, and the Complaint to be opened as a new civil rights case. (Doc. 71.)

///

1

Therefore, based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk's Office is DIRECTED to:

   (1) file the Third Amended Complaint against defendants Management & Training Corp., Adler, Stewart, and Logan, lodged on June 19, 2012, as the Third Amended Complaint for this action (Doc. 68); and

   (2) open a new civil rights action with the Complaint against defendants Mann and Patrick, lodged on June 18, 2012 (Doc. 67);

2. The Third Amended Complaint shall be screened in due course.

IT IS SO ORDERED.

Dated:   **July 2, 2012**                        /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

2