IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL CRIM, | 1:09-cv-02041-AWI-GSA-PC |
|     Plaintiff, | ORDER IN RESPONSE TO PLAINTIFF'S REQUEST TO CORRECT THE RECORD (Doc. 74.) |
| v. | |
| MANAGEMENT & TRAINING CORP., et al., | |
|     Defendants. | |

John Michael Crim ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis with this civil rights action. Plaintiff is presently incarcerated at the Taft Correctional Institution ("TCI") in Taft, California, a federal facility overseen by the Management and Training Corporation.

On November 20, 2009, Plaintiff filed the Complaint commencing this action. (Doc. 1.) On September 22, 2010, Plaintiff filed the First Amended Complaint. (Doc. 28.) The Court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A and entered an order on January 26, 2011, dismissing the complaint for violation of Local Rule 220, with leave to amend. (Doc. 34.) On February 3, 2011, Plaintiff filed the Second Amended Complaint. (Doc. 35.) The Court screened the Second Amended Complaint and entered an order on May 25, 2012, requiring Plaintiff to either file a Third Amended Complaint or notify the Court of his willingness to proceed on the claims found cognizable by the Court. (Doc. 59.) On July 5, 2012, Plaintiff filed the Third Amended Complaint which awaits the Court's requisite screening. (Doc. 73.)

On July 9, 2012, Plaintiff filed a request to correct the court record in this action with respect to defense counsel listed on the court's docket. (Doc. 74.) Plaintiff objects to the inclusion of Bureau of Prisons Regional Counsel and TCI Litigation Coordinator Dale Patrick on the list of defense counsel. Plaintiff argues that both of their names should be removed, because neither of them is a party to this action and neither of them has made an appearance in this action.

Plaintiff is advised that in the interest of justice and judicial economy, the Court has authorized the inclusion of these entities on the service list of cases such as Plaintiff's originating from TCI, for administrative purposes, to ensure that issues unique to these cases are resolved correctly and efficiently under the law. Therefore, the record in this case does not require correction.

IT IS SO ORDERED.

Dated:   **February 13, 2013**                              **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE