# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL CRIM, | **1:09-cv-02041-AWI-GSA-PC** |
| Plaintiff, | **ORDER DENYING REQUEST TO USE ELECTRONIC FILING, WITHOUT PREJUDICE** |
| v. | **(ECF No. 97.)** |
| MANAGEMENT & TRAINING CORP., et al., | |
| Defendants. | |

John Michael Crim ("Plaintiff") is a former federal prisoner proceeding pro se and in forma pauperis with this civil action. This case was dismissed on July 21, 2017, for Plaintiff's failure to comply with a court order. (ECF No. 100.) On July 24, 2017, Plaintiff filed a motion for permission to file documents electronically, using the court's electronic filing system (ECF). (ECF No. 104.)

Under Local Rule 133, "Any person appearing pro se may **not** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge. All pro se parties shall file and serve paper documents as required by applicable Federal Rules of Civil or Criminal Procedure or by these Rules." L.R. 133(b)(3). Pro se parties seeking leave to file documents electronically must "submit requests as stipulations as provided in L.R. 143 or, if a stipulation

1

cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing will normally be held. Requests may also be made in scheduling conference and pretrial conference statements when the need can be foreseen." L.R. 133(b)(3).

Plaintiff, who is proceeding pro se in this action, has filed a motion in which he "requests this Court to grant him permission to file electronically with the ECF system." (ECF No. 104.) However, Plaintiff has not set out any explanation of the reasons the court should allow him to file documents electronically. Therefore, Plaintiff's motion must be denied, without prejudice to renewing the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for permission to file documents electronically, filed on July 24, 2017, is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **August 20, 2017**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE